IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CORTEX MCP, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISA, INC. <br><br> Defendant. | CIVIL ACTION NO. 6:23-CV-00048-FB <br><br> JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Cortex's Motion to Compel Venue Discovery. After careful consideration, the Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that, within 15 days of this order, Visa shall produce organizational charts indicating the names and job titles of Visa employees in Texas involved in the research, testing, marketing, advertising, sale and distribution, and customer support of Visa Click to Pay, Visa Acceptance Solutions, and Visa Tap to Phone.

IT IS further ORDERED that, within 15 days of this order, Visa shall provide interrogatory responses that (1) identify the names and job titles of Visa employees in Texas involved in the research, testing, marketing, advertising, sale and distribution, and customer support of Visa Click to Pay, Visa Acceptance Solutions, and Visa Tap to Phone, and (2) that describe the involvement of Visa's Austin, Texas office with the research, testing, marketing, advertising, sale and distribution and customer support of Visa Click to Pay, Visa Acceptance Solutions, and Visa Tap to Phone.

IT IS further ORDERED that, within 30 days of this order, Visa shall produce a corporate representative for a deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) with

knowledge about the issues raised in Visa's Motion to Transfer Venue to the Northern District of California.

It is so ORDERED.

SIGNED this _____ day of _____, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE