PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:23−cv−00048−FB

Cortex MCP, Inc. v. Visa, Inc.
Assigned to: Judge Fred Biery
Cause: 35:271 Patent Infringement

Date Filed: 01/26/2023
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

| | | |
|---|---|---|
| **Cortex MCP, Inc.** | represented by | **Bryce T. Barcelo** |

Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002−5096
(713) 651−9366
Fax: (713) 654−6666
Email: bbarcelo@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Davida P Brook**
Susman Godfrey LLP
1900 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
310−789−3100
Fax: 310−789−3150
Email: dbrook@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Joseph Lawrence Korbel**
Davis, Cedillo, & Mendoza, Inc.
755 East Mulberry Avenue, Suite 250
San Antonio, TX 78212
210−822−6666
Email: jkorbel@lawdcm.com
*ATTORNEY TO BE NOTICED*

**Kalpana Srinivasan**
Susman Godfrey LLP
1900 Avenue Of The Stars, Suite 1400
Los Angeles, CA 90067−6029
(310) 789−3100
Fax: (310) 789−3150
Email: ksrinivasan@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Max L. Tribble , Jr.**
Susman Godfrey L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002−5096
713−653−7820
Fax: 713−654−6666

Email: mtribble@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Ricardo G. Cedillo**
Davis, Cedillo & Mendoza
McCombs Plaza
755 E. Mulberry Ave.
Suite 500
San Antonio, TX 78212
(210) 822–6666
Fax: 210/822–1151
Email: rcedillo@lawdcm.com
*ATTORNEY TO BE NOTICED*

**Tyler M Finn**
Susman Godfrey LLP
1301 Avenue of the Americas
Ste 32nd Floor
New York, NY 10019
212–336–8330
Email: tfinn@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark D. Siegmund**
Cherry Johnson Siegmund James, PLLC
400 Austin Ave.
Ste 9th Floor
Waco, TX 76701
254–732–2242
Fax: 866–627–3509
Email: msiegmund@cjsjlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Visa, Inc.**                          represented by  **Leslie Sara Hyman**
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213
(210) 222–9494
Fax: (210) 892–1610
Email: lhyman@pulmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cassie Leigh Black**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York City, NY 10019
212–999–5800
Fax: 212–999–5899

Email: cblack@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine R. Lacey**
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
415–947–2000
Email: clacey@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C. Yoon**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
(650) 493–9300
Fax: (650) 493–6811
Email: jyoon@wsgr.com
*ATTORNEY TO BE NOTICED*

**Lucy Yen**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
212–999–5800
Fax: 212–999–5899
Email: lyen@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2023 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number ATXWDC–17012383). No Summons requested at this time, filed by Cortex MCP, Inc. (Attachments: # 1 Exhibit 1–US9251531, # 2 Exhibit 2–US9954854, # 3 Exhibit 3–US10749859, # 4 Exhibit 4–US11329973, # 5 Civil Cover Sheet)(Siegmund, Mark) (Entered: 01/26/2023) |
| 01/26/2023 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Siegmund, Mark) (Entered: 01/26/2023) |
| 01/26/2023 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Cortex MCP, Inc identifying Corporate Parent Cortex Commerce, LLC for Cortex MCP, Inc. (Siegmund, Mark) (Entered: 01/26/2023) |
| 01/26/2023 | Ï | Please remember to comply with the standing orders located at https://www.txwd.uscourts.gov/judges–information/standing–orders/ (zv) (Entered: 01/26/2023) |
| 01/26/2023 | Ï | Case randomly assigned to Judge Fred Biery pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (zv) (Entered: 01/26/2023) |
| 01/26/2023 | Ï 4 | Pro Hac Vice Letter to Cortex MCP, Inc. for attorney Tyler Finn. (zv) (Entered: 01/26/2023) |

| 01/26/2023 | Ï 5 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Tyler Finn* ( Filing fee $ 100 receipt number ATXWDC–17014779) by on behalf of Cortex MCP, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Entered: 01/26/2023) |
|---|---|---|
| 01/26/2023 | Ï 6 | MOTION to Appear Pro Hac Vice by Mark D. Siegmund *for Davida Brook* ( Filing fee $ 100 receipt number ATXWDC–17014801) by on behalf of Cortex MCP, Inc.. (Attachments: # 1 Proposed Order)(Siegmund, Mark) (Entered: 01/26/2023) |
| 01/26/2023 | Ï 7 | REQUEST FOR ISSUANCE OF SUMMONS by Cortex MCP, Inc.. (Siegmund, Mark) (Entered: 01/26/2023) |
| 01/27/2023 | Ï 8 | ORDER GRANTING 6 Motion to Appear Pro Hac Vice for Attorney Davida P Brook for Cortex MCP, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Fred Biery. (sm3) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 9 | Summons Issued as to Visa, Inc. (sm3) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 10 | ORDER GRANTING 5 Motion to Appear Pro Hac Vice for Attorney Tyler Finn for Cortex MCP, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Fred Biery. (sm3) (Entered: 01/27/2023) |
| 01/27/2023 | Ï 11 | SUMMONS Returned Executed by Cortex MCP, Inc.. Visa, Inc. served on 1/27/2023, answer due 2/17/2023. (Siegmund, Mark) (Entered: 01/27/2023) |
| 02/09/2023 | Ï 12 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by Visa, Inc.. (Attachments: # 1 Proposed Order)(Hyman, Leslie) (Entered: 02/09/2023) |
| 02/10/2023 | Ï 13 | ORDER GRANTING 12 Motion for Extension of Time to Answer re 12 Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, ; Visa, Inc. answer due 3/19/2023. Signed by Judge Fred Biery. (sm3) (Entered: 02/10/2023) |
| 02/13/2023 | Ï 14 | NOTICE of Attorney Appearance by Leslie Sara Hyman on behalf of Visa, Inc. . Attorney Leslie Sara Hyman added to party Visa, Inc. (pty:dft) (Hyman, Leslie) (Entered: 02/13/2023) |
| 02/13/2023 | Ï 15 | MOTION to Appear Pro Hac Vice by Leslie Sara Hyman *for Catherine R. Lacey* ( Filing fee $ 100 receipt number ATXWDC–17078572) by on behalf of Visa, Inc.. (Attachments: # 1 Proposed Order)(Hyman, Leslie) (Entered: 02/13/2023) |
| 02/13/2023 | Ï 16 | NOTICE of Attorney Appearance by Leslie Sara Hyman on behalf of Visa, Inc *on behalf of James Yoon* (Hyman, Leslie) (Entered: 02/13/2023) |
| 02/13/2023 | Ï 17 | MOTION to Appear Pro Hac Vice by Leslie Sara Hyman *for Lucy Yen* ( Filing fee $ 100 receipt number ATXWDC–17078618) by on behalf of Visa, Inc.. (Attachments: # 1 Proposed Order)(Hyman, Leslie) (Entered: 02/13/2023) |
| 02/14/2023 | Ï 18 | ORDER GRANTING 15 Motion to Appear Pro Hac Vice for Attorney Catherine R. Lacey for Visa, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Fred Biery. (sm3) (Entered: 02/14/2023) |
| 02/14/2023 | Ï 19 | ORDER GRANTING 17 Motion to Appear Pro Hac Vice for Attorney Lucy Yen for Visa, Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within |

| | | 10 days of this order. Registration is managed by the PACER Service Center Signed by Judge Fred Biery. (sm3) (Entered: 02/14/2023) |
|---|---|---|
| 03/02/2023 | Ï20 | NOTICE of Change of Address by Mark D. Siegmund (Siegmund, Mark) (Entered: 03/02/2023) |
| 03/20/2023 | Ï21 | MOTION to Dismiss *Plaintiffs Claims for Indirect Infringement and Pre−Suit Willful Infringement* by Visa, Inc.. (Attachments: # 1 Exhibit A − Declaration of Lucy Yen)(Hyman, Leslie) (Entered: 03/20/2023) |
| 04/07/2023 | Ï22 | MOTION to Transfer Case *to the Northern District of California* by Visa, Inc.. (Attachments: # 1 Declaration of Lucy Yen, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Declaration of Jalpesh Chitalia)(Yen, Lucy) (Entered: 04/07/2023) |
| 04/10/2023 | Ï23 | ORDER GRANTING 21 Motion to Dismiss Plaintiffs Claims for IndirectInfringement and Pre−Suit Willful Infringement Signed by Judge Fred Biery. (sm3) (Entered: 04/10/2023) |
| 04/10/2023 | Ï24 | NOTICE of Filing First Amended Complaint by Cortex MCP, Inc. (Finn, Tyler) (Entered: 04/10/2023) |
| 04/10/2023 | Ï25 | AMENDED COMPLAINT *First Amended Complaint* against Visa, Inc. amending 1 Complaint,., filed by Cortex MCP, Inc.. (Attachments: # 1 Exhibit United States Patent No. 9,251,531, # 2 Exhibit United States Patent No. 9,954,854, # 3 Exhibit United States Patent No. 10,749,859, # 4 Exhibit United States Patent No. 11,329,973)(Finn, Tyler) (Entered: 04/10/2023) |
| 04/12/2023 | Ï26 | IT IS ORDERED that Plaintiffs First Amended Complaint for PatentInfringement and Jury Demand (docket no. 25) is considered a timely response to Defendant Visa Inc.s Motion to Dismiss Plaintiffs Claims for Indirect Infringement and Pre−Suit Willful Infringement (docket no. 21).the Order Granting Defendants Motion to Dismiss Plaintiffs is WITHDRAWN. IT IS FURTHER ORDERED that Defendant Visa Inc.s Motion to Dismiss Plaintiffs Claimsfor Indirect Infringement and Pre−Suit Willful Infringement (docket no. 21) is REINSTATED on the docket for the limited purpose of addressing it in this Order. IT IS FINALLY ORDERED that Defendant Visa Inc.s Motion to Dismiss Plaintiffs Claims for Indirect Infringement and Pre−Suit Willful Infringement (docket no. 21), which is based on the original complaint which has now been amended, is DISMISSED WITHOUT PREJUDICE to resurging, if necessary, based on the amended complaint (docket no. 25). Signed by Judge Fred Biery. (sm3) (Entered: 04/12/2023) |
| 04/20/2023 | Ï27 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California* by Cortex MCP, Inc.. (Attachments: # 1 Proposed Order)(Finn, Tyler) (Entered: 04/20/2023) |
| 04/21/2023 | Ï28 | ORDER GRANTING 27 Motion for Extension of Time to File Response/Reply re 27 Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California* . Plaintiff shall file a response to Defendants motion to transfer venue (docket no. 22) by May 25, 2023. Signed by Judge Fred Biery. (sm3) (Entered: 04/21/2023) |
| 04/24/2023 | Ï29 | Motion to Dismiss for Failure to State a Claim *Plaintiff's Claims for Indirect Infringement and Pre−Suit Willful Infringement in Plaintiff's First Amended Complaint* by Visa, Inc.. (Attachments: # 1 Exhibit A − Declaration of Lucy Yen)(Hyman, Leslie) (Entered: 04/24/2023) |
| 05/08/2023 | Ï30 | Memorandum in Opposition to Motion, filed by Cortex MCP, Inc., re 29 Motion to Dismiss for Failure to State a Claim *Plaintiff's Claims for Indirect Infringement and Pre−Suit Willful Infringement in Plaintiff's First Amended Complaint* filed by Defendant Visa, Inc. *PLAINTIFF CORTEX MCP, INC'S OPPOSITION TO DEFENDANT VISA INC.'S MOTION TO DISMISS* |

| | | |
|---|---|---|
| | | *PLAINTIFF'S CLAIMS FOR INDIRECT INFRINGEMENT AND PRE−SUIT WILLFUL INFRINGEMENT IN PLAINTIF'S FIRST AMENDED COMPLAINT* (Tribble, Max) (Entered: 05/08/2023) |
| 05/15/2023 | Ï 31 | REPLY to Response to Motion, filed by Visa, Inc., re 29 Motion to Dismiss for Failure to State a Claim *Plaintiff's Claims for Indirect Infringement and Pre−Suit Willful Infringement in Plaintiff's First Amended Complaint* filed by Defendant Visa, Inc. (Attachments: # 1 Exhibit A − Declaration of Lucy Yen)(Hyman, Leslie) (Entered: 05/15/2023) |
| 05/25/2023 | Ï 32 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California Second Motion* by Cortex MCP, Inc.. (Attachments: # 1 Proposed Order)(Finn, Tyler) (Entered: 05/25/2023) |
| 05/26/2023 | Ï 33 | ORDER GRANTING 32 Motion for Extension of Time to File Response/Reply re 32 Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California Second Motion* Signed by Judge Fred Biery. (sm3) (Entered: 05/26/2023) |
| 06/20/2023 | Ï 34 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California Third Motion* by Cortex MCP, Inc.. (Attachments: # 1 Proposed Order)(Finn, Tyler) (Entered: 06/20/2023) |
| 06/21/2023 | Ï 35 | ORDER GRANTING 34 Motion for Extension of Time to File Response/Reply re 34 Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California Third Motion*. Plaintiff shall file a response to Defendants motion to transfer venue (docket no. 22) by July 31, 2023. Signed by Judge Fred Biery. (zv) (Entered: 06/21/2023) |
| 07/31/2023 | Ï 36 | MOTION to Compel *Venue Discovery* by Cortex MCP, Inc.. (Attachments: # 1 Declaration of T. Finn, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 5, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Proposed Order)(Tribble, Max) (Entered: 07/31/2023) |
| 07/31/2023 | Ï 37 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit 4 − SEALED DOCUMENT, # 2 Exhibit 6 − SEALED DOCUMENT, # 3 Exhibit 7 − SEALED DOCUMENT, # 4 Proposed Order) (Tribble, Max) (Entered: 07/31/2023) |
| 07/31/2023 | Ï 38 | Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California Fourth Motion* by Cortex MCP, Inc.. (Attachments: # 1 Proposed Order)(Tribble, Max) (Entered: 07/31/2023) |
| 08/01/2023 | Ï 39 | Sealed Order Granting 37 Unopposed Motion for leave to File Sealed Document. Signed by Judge Fred Biery. (zv) (Entered: 08/01/2023) |
| 08/01/2023 | Ï 40 | Sealed Document filed: EXHIBITS to 36 MOTION to Compel Venue Discovery (main document is Exhibit 4). (Attachments: # 1 Exhibit 6, # 2 Exhibit 7) (zv) (Entered: 08/01/2023) |
| 08/03/2023 | Ï 41 | Unopposed MOTION for Extension of Time to File Response/Reply as to 36 MOTION to Compel *Venue Discovery* by Visa, Inc.. (Attachments: # 1 Proposed Order)(Hyman, Leslie) (Entered: 08/03/2023) |
| 08/04/2023 | Ï 42 | ORDER GRANTING 41 Motion for Extension of Time to File Response/Reply re 41 Unopposed MOTION for Extension of Time to File Response/Reply as to 36 MOTION to Compel *Venue Discovery* . Signed by Judge Fred Biery. (ad3) (Entered: 08/04/2023) |
| 08/14/2023 | Ï 43 | MOTION to Appear Pro Hac Vice by Leslie Sara Hyman *for Cassie Black* ( Filing fee $ 100 receipt number ATXWDC−17769092) by on behalf of Visa, Inc.. (Attachments: # 1 Proposed Order)(Hyman, Leslie) (Entered: 08/14/2023) |

| 08/14/2023 | Ï44 | Response in Opposition to Motion, filed by Visa, Inc., re 36 MOTION to Compel *Venue Discovery* filed by Plaintiff Cortex MCP, Inc. (Attachments: # 1 Exhibit Delcaration of Lucy Yen, # 2 Exhibit Declaration of Nicole Comparato)(Hyman, Leslie) (Entered: 08/14/2023) |
|---|---|---|
| 08/15/2023 | Ï45 | ORDER GRANTING 43 Motion to Appear Pro Hac Vice for Attorney Cassie Black for Visa, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge Fred Biery. (zv) (Entered: 08/15/2023) |
| 08/21/2023 | Ï46 | REPLY to Response to Motion, filed by Cortex MCP, Inc., re 36 MOTION to Compel *Venue Discovery* filed by Plaintiff Cortex MCP, Inc. (Tribble, Max) (Entered: 08/21/2023) |
| 09/07/2023 | Ï47 | ORDER DENYING 36 Motion to Compel; GRANTING 38 Motion for Extension of Time to File Response/Reply re 36 MOTION to Compel *Venue Discovery*, 38 Unopposed MOTION for Extension of Time to File Response/Reply as to 22 MOTION to Transfer Case *to the Northern District of California Fourth Motion*. Plaintiff shall file a response, if any, to Defendants pending motion to transfer venue (docket no. 22) by no later than September 21, 2023. Signed by Judge Fred Biery. (zv) (Entered: 09/07/2023) |
| 09/21/2023 | Ï48 | REDACTED COPY: Response in Opposition to Motion, filed by Cortex MCP, Inc., re 22 MOTION to Transfer Case *to the Northern District of California* filed by Defendant Visa, Inc. (Attachments: # 1 Declaration of Tyler Finn, # 2 Exhibit 1 – Filed Separately Under Seal, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11 – Filed Separately Under Seal, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Declaration of Shaunt Sarkissian)(Finn, Tyler) Modified on 9/22/2023 due to incorrect entry event used. Filed prior to 49 being ruled on(zv). (Entered: 09/21/2023) |
| 09/21/2023 | Ï49 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 SEALED DOCUMENT Plaintiffs' Opposition to Defendant Visa Inc.'s Motion to Transfer Venue to the Northern District of California, # 2 Exhibit 1 – SEALED DOCUMENT, # 3 Exhibit 11 – SEALED DOCUMENT, # 4 Proposed Order) (Finn, Tyler) (Entered: 09/21/2023) |
| 09/21/2023 | Ï | Counsel is reminded that all redacted copies filed in a case are to be filed using Other Documents – Redacted Copy re 48 . Thank you. (zv) (Entered: 09/22/2023) |
| 09/22/2023 | Ï50 | Redacted Copy of 48 Response in Opposition to Motion,,, by Cortex MCP, Inc. (Finn, Tyler) Modified on 9/22/2023 filed prior to 49 being ruled on(zv). (Entered: 09/22/2023) |
| 09/28/2023 | Ï51 | REPLY to Response to Motion, filed by Visa, Inc., re 22 MOTION to Transfer Case *to the Northern District of California* filed by Defendant Visa, Inc. (Attachments: # 1 Affidavit Declaration of Lucy Yen, # 2 Exhibit 27 – Visa's Supplemental Objections and Responses to Venue–Related Interrogatories, # 3 Exhibit 28 – Excerpts from Deposition of Jalpesh Chitalia)(Hyman, Leslie) (Entered: 09/28/2023) |
| 11/02/2023 | Ï52 | Sealed Order Granting 49 Unopposed Motion for leave to File Sealed Document. Signed by Judge Fred Biery. (zv) (Entered: 11/02/2023) |
| 11/02/2023 | Ï53 | Sealed Document filed: PLAINTIFFS OPPOSITION TO DEFENDANT VISA INC.S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA re 22 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 11) (zv) (Entered: 11/02/2023) |
| 11/02/2023 | Ï54 | ATTACHMENT *Corrected Certificate of Service* to 53 Sealed Document by Cortex MCP, Inc.. (Finn, Tyler) (Entered: 11/02/2023) |

| 11/03/2023 | 155 | ORDER GRANTING 22 Motion to Transfer Case; DENIED without prejudice as moot 29 Motion to Dismiss for Failure to State a Claim. Signed by Judge Fred Biery. (cv) (Entered: 11/03/2023) |