**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CORTEX MCP, INC., <br><br> Plaintiff, <br> v. <br><br> VISA, INC. <br><br> Defendant. | CASE NO. 5:23-CV-05720 <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |

In accordance with Northern District of California Civil Local Rules 6-2 and 7-12, Plaintiff Cortex MCP, Inc. and Defendant Visa, Inc. hereby file this Stipulated Request for Order Changing Time to alter the briefing schedule relating to Visa's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) for Unpatentability Under Section 101 and to Dismiss Willful and Indirect Infringement Claims (Dkt. 650):

| Event | Current Deadline | Stipulated Modified |
|---|---|---|
| Response to MTD | December 21, 2023 | January 5, 2024 |
| Reply in Support of MTD | December 28, 2023 | January 30, 2024 |

Good cause exists for the requested changes to the briefing schedule because it will allow the parties to fully present their arguments why or why not Cortex's First Amended Complaint should be dismissed and avoid conflicts with the holiday season. The requested time modification would not affect any other deadlines in the case.

1   IT IS HEREBY STIPULATED.

3   Dated: December 14, 2023                    Respectfully submitted,

                                                SUSMAN GODFREY L.L.P

                                                By _____/s/ Davida Brook_____
                                                        Davida Brook

                                                Kalpana Srinivasan
                                                State Bar No. 237460
                                                Davida Brook
                                                State Bar No. 275370
                                                SUSMAN GODFREY L.L.P.
                                                1900 Avenue of the Stars, 14th Floor
                                                Los Angeles, California 90067-6029
                                                Telephone: (310) 789-3100
                                                Fax: (310) 789-3150
                                                ksrinivasan@susmangodfrey.com
                                                dbrook@susmangodfrey.com

                                                Max L. Tribble, Jr.
                                                State Bar No. 326851
                                                Bryce Barcelo (*pro hac vice forthcoming*)
                                                SUSMAN GODFREY L.L.P.
                                                1000 Louisiana Street, Suite 5100
                                                Houston, Texas 77002-5096
                                                Telephone: (713) 651-9366
                                                Fax: (713) 654-6666
                                                mtribble@susmangodfrey.com
                                                bbarcelo@susmangodfrey.com

                                                Tyler Finn (*pro hac vice forthcoming*)
                                                SUSMAN GODFREY L.L.P.
                                                1301 Avenue of the Americas, 32nd Floor
                                                New York, New York 10019
                                                Telephone: (212) 336-8330
                                                Fax: (212) 336-8340
                                                tfinn@susmangodfrey.com

                                                *Attorneys for Plaintiff Cortex MCP, Inc.*


                                                By _____/s/ Catherine R. Lacey_____
                                                        Catherine R. Lacey


                                                James C. Yoon, State Bar No. 177155
                                                (jyoon@wsgr.com)
                                                Catherine R. Lacey, State Bar No. 291591
                                                (clacey@wsgr.com)
                                                Jamie Y. Otto, State Bar No. 295099

2

STIPULATED REQUEST FOR ORDER CHANGING TIME
No. 5:23-CV-05720

(jotto@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Rd Palo Alto, CA 94304-1050
Tel:  650-493-9300
Fax: 650-565-5100

Lucy Yen, State Bar No. 224559
(lyen@wsgr.com)
Cassie Black (pro hac vice forthcoming)
(cblack@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas 40th Floor
New York, NY 10019
Tel:  212-999-5800
Fax:  866-974-7329

*Attorneys for Defendant Visa Inc.*

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 15th day of December, 2023.

_____
Edward J. Davila, United States District Judge