UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORTEX MCP, INC.,<br>   Plaintiff,<br> v.<br>VISA, INC.,<br>   Defendant. | Case No. 5:23-cv-05720 EJD<br><br>**PATENT SCHEDULING ORDER** |

   This case is scheduled for a case management conference on January 11, 2024. Based on the parties' Joint Case Management Statement, the Court has determined a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, the January 11, 2024 Case Management Conference is VACATED, and

   IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

   IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

   IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

   IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Any disputes regarding any party's Patent Disclosures—including any request to amend pursuant to Patent L.R. 3-6—are likewise referred to

the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall meet and confer further in order to reach an agreement on an ADR process within 10 days of the issuance of this order. Within that same timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need of ADR Phone Conference."

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Infringement Contentions (see Patent L.R. 3-1, 3-2, and 3-5) ≈14 days after the Initial Case Management Conference | February 7, 2024 |
| Invalidity Contentions (see Patent L.R. 3-3, 3-4, and 3-5) ≈45 days after the Infringement Contentions | March 15, 2024 |
| Exchange of Proposed Terms for Construction (see Patent L.R. 4-1) ≈14 days after Invalidity Contentions | March 29, 2024 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (see Patent L-R 4-2) ≈21 days after Proposed Terms for Construction | April 19, 2024 |
| Damages Contentions (see Patent L.R. 3-8) ≈50 days after the Invalidity Contentions | April 26, 2024 |
| Joint Claim Construction and Prehearing Statement (see Patent L.R. 4-3) ≈60 days after the Invalidity Contentions | May 7, 2024 |
| Joint Case Management Statement for Interim Conference (The Statement shall, among other things, update the court on the parties' readiness for the Markman hearing) | April 26, 2024 |
| Interim Case Management Conference | May 9, 2024, at 10 a.m. |
| Responsive Damages Contentions (see Patent L.R. 3-9) ≈30 days after the Damages Contentions | May 30, 2024 |

| | |
|---|---|
| Completion of Claim Construction Discovery (see Patent L.R. 4-4) ≈30 days after the Joint Claim Construction and Prehearing Statement | June 6, 2024 |
| Opening Claim Construction Brief (see Patent L.R. 4-5(a)) ≈45 days after the Joint Claim Construction and Prehearing Statement | June 21, 2024 |
| Responsive Claim Construction Brief (see Patent L.R. 4-5(b)) ≈14 days after Opening Brief | July 12, 2024 |
| Reply Claim Construction Brief (see Patent L.R. 4-5(c)) ≈7 days after Responsive Brief | July 19, 2024 |
| Case Tutorial (see Standing Order for Patent Cases) | To Be Set at Interim CMC |
| Claim Construction Hearing (see Patent L.R. 4-6 and Standing Order for Patent Cases) | Following Tutorial |
| Advice of Counsel (see Patent L.R. 3-7) | 30 days after Claim Construction Order |

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

IT IS FURTHER ORDERED that the parties shall read and comply with the Standing Order for Patent Cases, a copy of which is available from the Clerk of the Court,[2] with regard to a variety of issues unique to patent cases.

**IT IS SO ORDERED.**

Dated: January 3, 2024

EDWARD J. DAVILA
United States District Judge

---

[2] Judge Davila's standing orders are also available on the court's website at www.cand.uscourts.gov/ejdorders.