1  Kalpana Srinivasan
   State Bar No. 237460
2  Davida Brook
   State Bar No. 275370
3  Susman Godfrey L.L.P.
   1900 Avenue Of The Stars, 14th Floor
4  Los Angeles, California 90067-6029
   Telephone: (310) 789-3100
5  Fax: (310) 789-3150
   ksrinivasan@susmangodfrey.com
6  dbrook@susmangodfrey.com

7  [Additional Counsel on Signature Page]

8  *Attorneys for Cortex MCP., Inc.*

9

10

11          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
12                 SAN JOSE DIVISION

13

14  CORTEX MCP, INC.,
                                            CASE NO. 5:23-CV-05720
15              Plaintiff,
    v.
16                                          **STIPULATION & [PROPOSED] ORDER
    VISA, INC.                              EXTENDING DEADLINE FOR
17                                          SETTLEMENT CONFERENCE**
                Defendant.
18

19       Plaintiff Cortex MCP, Inc. and Defendant Visa Inc hereby file this Stipulated Request for

20  an order extending the deadline for conducting a settlement conference from April 18, 2024 to

21  May 10, 2024.

22       Good cause exists to extend the deadline.  Cortex is unavailable on March 19, 2024, the

23  date on which Magistrate Judge Cousins scheduled the settlement conference, because lead

24  counsel has conflicting court commitments.  Counsel for Cortex has conferred with counsel for

25  Defendant Visa Inc. and determined that both parties are available for a settlement conference on

26  May 6, 7, 8, or 10, 2024.  The requested time modification would not affect any other deadlines in

27  the case.

28

Dated: March 4, 2024

By: */s/ Tyler Finn*
Kalpana Srinivasan
State Bar No. 237460
Davida Brook
State Bar No. 275370
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, 14th Floor
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
ksrinivasan@susmangodfrey.com
dbrook@susmangodfrey.com

Max L. Tribble, Jr.
State Bar No. 326851
Bryce Barcelo (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Fax: (713) 654-6666
mtribble@susmangodfrey.com
bbarcelo@susmangodfrey.com

Tyler Finn (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340
tfinn@susmangodfrey.com

*Attorneys for Plaintiff Cortex MCP, Inc.*

By: */s/ James C. Yoon*
James C. Yoon, State Bar No. 177155
(jyoon@wsgr.com)
Catherine R. Lacey, State Bar No. 291591
(clacey@wsgr.com)
Jamie Y. Otto, State Bar No. 295099
(jotto@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Rd Palo Alto, CA 94304-1050
Tel:  650-493-9300
Fax: 650-565-5100

Lucy Yen, State Bar No. 224559
(lyen@wsgr.com)
Cassie Black (pro hac vice forthcoming)
(cblack@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas 40th Floor
New York, NY 10019
Tel:  212-999-5800
Fax:  866-974-7329

*Attorneys for Defendant Visa Inc.*

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED, this 4th day of March, 2024.

3  _____
   Edward J. Davila, United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I hereby attest all persons whose signatures are listed here, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: March 4, 2024

>*/s/ Tyler Finn*
>Tyler Finn