| | |
|---|---|
| Kalpana Srinivasan (CA SBN: 237460) <br> ksrinivasan@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, California 90067-6029 <br> Telephone: (310) 789-3100 <br> Facsimile: (310) 789-3150 <br><br> Max L. Tribble, Jr. (CA SBN: 326851) <br> mtribble @susmangodfrey.com <br> Rocco Magni (*pro hac vice*) <br> rmagni@susmangodfrey.com <br> SUSMAN GODFREY L.L.P. <br> 1000 Louisiana, Suite 5100 <br> Houston, Texas 77002-5096 <br> Telephone: (713) 651-9366 <br> Facsimile: (713) 654-6666 <br><br> ***Attorneys for Plaintiff Cortex MCP, Inc.*** | JAMES C. YOON (State Bar No. 177155) <br> (jyoon@wsgr.com) <br> CATHERINE R. LACEY (State Bar No. 291591) <br> (clacey@wsgr.com) <br> WILSON SONSINI GOODRICH & ROSATI, P.C. <br> 650 Page Mill Rd <br> Palo Alto, CA 94304-1050 <br> Tel: 650-493-9300 <br> Fax: 650-565-5100 <br><br> LUCY YEN (State Bar No. 224559) <br> (lyen@wsgr.com) <br> WILSON SONSINI GOODRICH & ROSATI, P.C. <br> 1301 Avenue of the Americas <br> 40th Floor <br> New York, NY 10019 <br> Tel: 212-999-5800 <br> Fax: 866-974-7329 <br><br> JAMIE Y. OTTO (State Bar No. 295099) <br> (jotto@wsgr.com) <br> JIAYUE HE (State Bar No. 345579) <br> jhe@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI, P.C. <br> 953 East Third Street, Suite 100 <br> Los Angeles, CA 90013 <br> Telephone: (323) 210-2900 <br> Facsimile: (866) 974-7329 <br><br> ***Attorneys for Defendant Visa Inc.*** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CORTEX MCP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VISA INC. <br><br> Defendants. | Case No. 5:23-CV-05720-EJD <br><br> **JOINT STATUS REPORT RE: IPR PROCEEDINGS** <br><br> Continue Status Conference: Dec. 4, 2025 <br> Time: 10:00 a.m. <br> Judge: Hon. Edward J. Davila |

Pursuant to the Court's October 16, 2025 Order (Dkt. No. 126), Plaintiff Cortex MCP, Inc. ("Cortex") and Defendant Visa Inc. ("Visa") respectfully submit the following joint status report to update the Court on the status of Director Reviews and the parties' positions regarding a continued stay pending additional appeals.

In July 2025, the PTAB issued Final Written Decisions on the patents subject to IPR challenge as follows:

| Patent | Final Written Decision |
|---|---|
| '531 Patent | Issued on July 21, 2025 confirming patentability of claims 2, 7, 19, and 20 |
| '854 Patent | Issued on July 22, 2025 confirming patentability of claims 1-17 |
| '859 Patent | Issued on July 29, 2025 confirming patentability of claims 2, 10, 19, and 21 |
| '973 Patent | Issued on July 29, 2025 confirming patentability of claims 2, 9, and 17 |

On August 20, 2025, Cortex filed Director Reviews in three IPRs: Nos. 2024-00486, -00489, and -00490. Specifically, Cortex requested the Director to overturn the Board's unpatentability findings for:

1. U.S. Patent No. 9,251,531: claims 1, 3-6, 8-18, and 21-33;

2. U.S. Patent No. 10,749,859: claims 1, 3-9, 11-18, and 20; and

3. U.S. Patent No. 11,329,973: claims 1, 3-8, and 10-16.

On November 7, 2025, the USPTO denied Cortex's Requests for Director Review. The deadline to file notices of appeal is January 9, 2026.

**Plaintiff Cortex's position**

Cortex believes all the events covered by the Court's stay order have transpired and thus the stay should be lifted. *Se*e DKT 108 ("Based on the foregoing, the Court **GRANTS** Visa's motion for a stay. This case is hereby **STAYED** until the PTAB issues institution decisions."); DKT 114 ("The Court **GRANTS** the Parties' joint request that the stay remain in place until either Final Written Decisions on each of the Asserted Patents are rendered by the Patent Office, or upon the grant of a motion to lift the stay filed by either Party."). The PTAB has issued Final Written Decisions. Under its own terms, the current stay has run its course and should be lifted. The Parties have clarity on the claims that have survived IPR and should proceed towards trial.

Though Visa frames the issue as "Cortex disagreeing with lifting the stay," Visa is actually proposing a stay to cover events not contemplated by the Court's order. Effectively, an entirely new stay covering an entirely new period. Visa's decision to seek a new stay should not delay Cortex's case.

Visa is incorrect to suggest that a future stay would not prejudice Cortex because it had previously agreed to extending the existing stay. The Court's stay order made clear that the stay remained in place until the IPR process was complete. Cortex understood that the USPTO's new Director Review process was part of the Final Written Decision covered by the Court's stay order. DKT 114. Cortex merely agreed that the existing stay remained in place due to the terms of the Court's order. Cortex did not agree to apply the Court's order beyond its intended duration. Cortex opposes Visa's efforts to do so here.

The IPR process is complete and Cortex should be allowed to proceed with its case. If Visa wishes to seek a new stay, it should do so in parallel while the case proceeds (under the time table it proposes). If the Court is inclined to maintain the existing stay while Visa seeks an additional stay, then Cortex proposes the following schedule:

- Visa's Motion and Opening Brief: December 15, 2026
- Cortex's Opposition: January 8, 2026

- Visa's Reply: January 15, 2026

**Defendant Visa's position**

Visa respectfully disagrees with Cortex's proposal to lift the stay now.  Visa proposes that the stay remain in place until the Court has decided on Visa's anticipated Motion to Extend Stay.  Visa's proposed briefing schedule is set forth below:

- Visa's Motion and Opening Brief: January 16, 2026 (7 days after notices of appeal are due)
- Cortex's Opposition: January 30, 2026 (14 days after opening)
- Visa's Reply: February 6, 2026 (7 days after opposition)

Briefing will be completed by February 6, 2026.  A short additional stay will not prejudice Cortex, and Cortex has already agreed to multiple stays during the course of this litigation.  *See, e.g.*, Dkt Nos. 113 (jointly seeking stay until Final Written Decisions); 116 (jointly seeking stay through May 22, 2025); 119 (jointly seeking stay through August 11, 2025); Dkt. No. 122 (jointly seeking stay through at least October 15, 2025).

Dated: November 24, 2025

SUSMAN GODFREY L.L.P.

By:  *Rocco Magni*
Kalpana Srinivasan (CA SBN: 237460)
ksrinivasan@susmangodfrey.com
Davida Brook (CA SBN 275370)
dbrook@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Max L. Tribble, Jr. (CA SBN: 326851)
mtribble@susmangodfrey.com
Rocco Magni (*pro hac vice*)
rmagni@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

November 24, 2025

*Attorneys for Plaintiff Cortex MCP, Inc.*

By: /s/ *Catherine R. Lacey*
James C. Yoon, SBN 177155
jyoon@wsgr.com
Catherine R. Lacey, SBN 291591
clacey@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Rd.
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
Fax: (650) 565-5100

Lucy Yen, SBN 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (866) 974-7329

Jamie Y. Otto, SBN 295099
jotto@wsgr.com
Jiayue "Angelina" He, SBN 345579
(jhe@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**Attorneys for Defendant Visa Inc.**

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest all persons whose signatures are listed here, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Catherine R. Lacey*