UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORTEX MCP, INC., <br><br>        Plaintiff, <br><br>   v. <br><br>VISA, INC., <br><br>        Defendant. | Case No.  5:23-cv-05720-EJD <br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO EXTEND STAY** |

The Court is in receipt of the parties' Joint Status Report regarding IPR proceedings. ECF No. 127. The Court issues the following briefing schedule for Visa's anticipated motion to extend the stay:

- Visa's Motion: January 16, 2026
- Cortex's Opposition: January 30, 2026
- Visa's Reply: February 6, 2026

The parties shall contact the Courtroom Deputy to schedule a hearing date. The Court will leave the current stay in place pending resolution of the anticipated motion to extend the stay. The December 4, 2025, Status Conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 26, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:23-cv-05720-EJD
ORDER

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: 5:23-cv-05720-EJD
ORDER

2